petitioner to the practice of law. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Oct. 23, 2012.)

 In the Matter of Daniel M. Glaser, an Attorney, Respondent. [953 NYS2d 515]—A certified copy of plea minutes having been filed showing that Daniel M. Glaser was convicted of grand larceny in the third degree and criminal possession of a forged instrument in the second degree, he is disbarred and his name is stricken from the roll of attorneys. Present—Centra, J.P., Peradotto, Lindley, Whalen and Martoche, JJ. (Filed Oct. 11, 2012.)

 The People of the State of New York, Respondent, v John Session, Appellant. [954 NYS2d 511]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Centra, Fahey, Peradotto and Sconiers, JJ.

 The People of the State of New York, Respondent, v Christopher L. Poole, Appellant. (Appeal No. 1.) [953 NYS2d 181]—Motion for writ of error coram nobis denied. Present—Smith, J.P., Fahey, Peradotto, Sconiers and Whalen, JJ.

 The People of the State of New York, Respondent, v Ahmir Cole, Appellant. [953 NYS2d 180]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Carni and Lindley, JJ.

 The People of the State of New York, Respondent, v Robert E. Anthony, Appellant. [954 NYS2d 511]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Sconiers and Martoche, JJ.

 The People of the State of New York, Respondent, v Darnell Carter, Appellant. [953 NYS2d 546]—Motion for reargument of the appeal is granted and, upon reargument, the memorandum and order entered June 15, 2012 (96 AD3d 1520 [2012]) is amended by deleting the ordering paragraph and substituting the following ordering paragraph, "It is hereby ordered that the judgment so appealed from is affirmed," and by deleting the third paragraph of the memorandum and substituting the following paragraph, "The sentence is not unduly harsh or severe." Present—Scudder, P.J., Smith, Sconiers and Martoche, JJ.

 The People of the State of New York, Respondent, v Justin T. Woodard, Appellant. [954 NYS2d 511]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Fahey, Lindley and Martoche, JJ.